Filed: October 12, 2010

```
           UNITED STATES COURT OF APPEALS
                FOR THE FOURTH CIRCUIT
```

_____

No. 10-7416
(5:10-hc-02005-FL)

_____

MELVIN E. HAGANS

            Petitioner - Appellant

v.

ADMINSTRATOR OF DURHAM CORRECTIONAL INSTITUTION

            Respondent - Appellee

_____

NOTICE OF APPELLATE CASE OPENING

_____

| | |
|---|---|
| Originating Court | US District Court for the Eastern District of NC at Raleigh |
| Originating Court Case Number | 5:10-hc-02005-FL |
| Date notice of appeal filed in originating court | 10/11/2010 |
| Appellant(s) | Melvin E. Hagans |
| Appellate Case Number | 10-7416 |
| Case Manager | Brian Bain<br>804-916-2736 |

The above-captioned case has been opened in this Court.